UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HANNAH DOWNES,                                    :
                                                  :
                          Plaintiff,              :
                                                  :
            -v-                                   :
                                                  :
TRANS UNION, LLC et al.,                           :
                                                  :
                          Defendants.             :
                                                  :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/20/2021

21-cv-5490 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that plaintiff and defendant Trans Union, LLC have reached

a settlement in this case.  Dkt. No. 22.  Accordingly, it is hereby ORDERED that this action is

DISMISSED WITH PREJUDICE.  The parties may reopen the case, provided the application to

restore the action to the Court's calendar is made within forty-five (45) days of this Order.  Any

application to reopen filed after forty-five (45) days from the date of this Order may be denied

solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and

deadlines are CANCELLED.

SO ORDERED.

Dated: October 20, 2021
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                             United States District Judge